ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| D-STAR Engineering Corp. | ) ASBCA No. 61947 |
| | ) |
| Under Contract No. FA8650-12-C-7243 | ) |

APPEARANCE FOR THE APPELLANT:        Mr. S. Paul Dev
                                       Ashburn, VA

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                       DCMA Chief Trial Attorney
                                     Michael T. Patterson, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Chantilly, VA

## ORDER OF DISMISSAL

By letter dated December 18, 2020, appellant indicated that it wished to withdraw ASBCA No. 61947 and requested that the Board dismiss the appeal with prejudice. Respondent does not object to appellant's request. Accordingly, the appeal is dismissed with prejudice from the Board's docket.

Dated: January 13, 2021

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61947, Appeal of D-STAR Engineering Corp., rendered in conformance with the Board's Charter.

Dated: January 13, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals